**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 12-6523**

───────────

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

     v.

GREGORY LEE HIPPS, a/k/a G, a/k/a Bryan Cross, a/k/a Bryan
Dwight Cross, a/k/a Gregory Lee Hipps, Jr., a/k/a Patrick
Jacques Pluviose, a/k/a Mark A. Pointer, a/k/a John Peters,
a/k/a Marcus Lee Smith, a/k/a Eddie Junior Lawson, Jr.,
a/k/a Gregory Darrell Stewart, a/k/a Roger Lee Williams,
a/k/a Kevin Smith, a/k/a Marcus A. Johnson, a/k/a Brian K.
Cross,

             Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (2:96-cr-00208-RAJ-1)

───────────

Submitted:  July 19, 2012            Decided:  July 23, 2012

───────────

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Gregory Lee Hipps, Appellant Pro Se.  Howard Jacob Zlotnick,
Assistant United States Attorney, Newport News, Virginia, for
Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Lee Hipps appeals from the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hipps, No. 2:96-cr-00208-RAJ-1 (E.D. Va. Feb. 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED